HINGSTONE et al., Respondents, v. KNAPP et al., Appellants.

(Supreme Court. General Term, Fourth Department.    December 9, 1892.)

Action by Edward J. Hingstone and others against Ezra B. Knapp and others.
No opinion.   Injunction order modified so as not to prevent the defendants from pursuing any legal remedies they have, and not to authorize the plaintiffs to wrongfully obstruct or wrongfully interfere with the streets and parks of the village of Skaneateles, and, as modified, affirmed, with $10 costs and disbursements to the appellants.

---

(66 Hun, 630.)

HOWE, Appellant, v. COY, Respondent.

(Supreme Court, General Term, Fourth Department.    December 9, 1892.)

Action by Austin Howe against James O. Coy.
No opinion.   Judgment of county court affirmed, with costs.

---

(66 Hun, 630.)

In re INGISON'S WILL.

(Supreme Court. General Term, Fourth Department.    December 9, 1892.)

Proceeding to prove the will of Peter Ingison, deceased.
No opinion.   Order affirmed, with $10 costs and disbursements.